UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-412 JFW (FFM) | Date | April 14, 2010 |
|---|---|---|---|
| Title | KENNETH SMITH v. UNITED STATES AMERICA, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On March 19, 2010, plaintiff Kenneth Smith, proceeding *pro se*, filed the pending civil rights complaint. On March 23, 2010, this Court issued an order directing that plaintiff's complaint not be served on defendants until the Court properly screened the complaint. The Court's March 23, 2010 order has since been returned to the Court as undeliverable.

Pursuant to Local Rule 41-6:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Local Rule 41-6; *see Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).

Plaintiff is ordered to show cause within fifteen (15) days of the date of this order why this action should not be dismissed for his failure to inform the Court of his change of address. Failure to file a timely response to this order within the time specified will be deemed consent to the dismissal of this action.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |