# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 10-412 JFW (FFM) | Date | March 23, 2011 |
|---|---|---|---|
| Title | KENNETH SMITH v. UNITED STATES AMERICA, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

None Present                                         None Present

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On November 9, 2010, this Court entered an Order Dismissing First Amended Complaint with Leave to Amend. Plaintiff was granted thirty days leave to file a Second Amended Complaint. On January 31, 2011, plaintiff filed a request for extension of time to file his Second Amended Complaint. On February 3, 2011, the Court granting plaintiff's motion and advised plaintiff that his Second Amended Complaint was now due February 28, 2011.

Plaintiff's Second Amended Complaint is now three weeks overdue. Accordingly, the Court orders plaintiff to show cause in writing within 15 days of the date of this order, why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

                                                                                           :
                                             Initials of Preparer              JM