# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>J.L. NORWOOD, et al.,<br><br>        Defendants.<br>_____ | Case No. ED CV 10-0412-JFW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS THEREFORE ORDERED that Judgment be entered dismissing the Third Amended Complaint and this action without prejudice.

DATED: November 1, 2011

                                                      HONORABLE JOHN F. WALTER
                                                      UNITED STATES DISTRICT JUDGE