JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH SMITH, | ) | Case No. ED CV 10-0412-JFW (SP) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| J.L. NORWOOD, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed without prejudice.

Dated: November 1, 2011

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE